# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| JEFFREY LOWE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:18-cv-00027 |
| CALSONICKANSEI NORTH AMERICA, INC, | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) ) | |

# ORDER

This case is set for trial on August 24, 2021. Pending before the Court are the parties' Motions *in Limine* (Doc. Nos. 91, 93, 95, 97) and Defendant's Objection to Plaintiff's Updated Expert Witness Report (Doc. No. 115). The Court held a pretrial conference on August 16, 2021. For the reasons stated on the record during the pretrial conference, the Court rules on the parties' Motions *in Limine* and objections as follows:

1. Defendant's Motion *in Limine* regarding Plaintiff's receipt of long-term disability benefits (Doc. No. 91) is **DENIED**. Defendant is expected to make contemporaneous objections at trial to the evidence it considers to be inadmissible under applicable rules.

2. Defendant's Motion *in Limine* regarding evidence of other EEOC charges and lawsuits against Defendant (Doc. No. 93) is **GRANTED** as unopposed.

3. Defendant's Motion *in Limine* regarding evidence of other employees medical leaves and subsequent employment history following medical leaves (Doc. No. 95) is **DENIED**. Defendant is expected to make contemporaneous objections at trial to the evidence it considers to be inadmissible under applicable rules.

4.      Defendant's Objection to paragraph fourteen of Plaintiff's Updated Expert Witness Report (Doc. No. 115) is **SUSTAINED** in so far as removing paragraph fourteen from the report.

5.      Plaintiff's Motion *in Limine* regarding collateral source evidence (Doc. No. 97 at 1-2) is **GRANTED** as unopposed.

6.      Plaintiff's Motion *in Limine* regarding dismissed charge against Plaintiff (*Id*. at 2-3) is **GRANTED** as unopposed.

7.      Plaintiff's Motion *in Limine* regarding Plaintiff's subsequent employment history (*Id*. at 3) is **DENIED**. Plaintiff is expected to make contemporaneous objections at trial to the evidence he considers to be inadmissible under applicable rules.

8.      Plaintiff's Motion *in Limine* regarding Plaintiff's medical records (*Id*. at 3-4) is **DENIED**. Plaintiff is expected to make contemporaneous objections at trial to the evidence he considers to be inadmissible under applicable rules.

9.      Plaintiff's Motion *in Limine* regarding Plaintiff's statements to the EEOC (*Id*. at 4-5) is **DENIED**. Plaintiff is expected to make contemporaneous objections at trial to the evidence he considers to be inadmissible under applicable rules.

10.     Plaintiff's Motion *in Limine* regarding payment or non-payment of taxes (*Id*. at 5) is **DENIED**. Plaintiff is expected to make contemporaneous objections at trial to the evidence he considers to be inadmissible under applicable rules.

11.     Plaintiff's Motion *in Limine* regarding witness introduction and background (*Id*. at 5-6) is **DENIED**. The parties shall comply with the guidance provided under Local Rule 39.01(c)(2).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE